# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| NLRK, LLC, | ) | 3:21-cv-00073-LRH-WGC |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | |
| | ) | May 5, 2021 |
| INDOOR AG-CON, LLC, et al., | ) | |
| | ) | |
| Defendants. | ) | |

PRESENT:  THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:  KAREN WALKER    REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is Defendants' Motion to Enlarge Time to File Responsive Pleading (ECF No. 13). Defendants move the court "to allow an additional 10 days to file a responsive pleading to Plaintiff's Complaint." (*Id.* at 1.) Plaintiff has opposed Defendants' motion (ECF No. 15) and Defendants have filed a reply memorandum (ECF No. 17).

Plaintiff will not be prejudiced with Defendants being given a 10-day extension of time in which to file a responsive pleading to Plaintiff's Complaint. Defendants filed their Answer to Plaintiff's Complaint on April 19, 2021. (ECF No. 18.)

**IT IS THEREFORE ORDERED** that Defendants' Motion to Enlarge Time to File Responsive Pleading (ECF No. 13) is **GRANTED** nunc pro tunc as of April 7, 2021.

DEBRA K. KEMPI, CLERK

By:  /s/
       Deputy Clerk