**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| NLRK, LLC,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>INDOOR AG-CON, LLC, *et al.*,<br><br>　　　　　　　　Defendants. | 3:21-cv-00073-LRH-CSD<br><br>**ORDER** |

The parties are advised that the court will also be discussing the court's prior orders extending the scheduling order deadlines (ECF Nos. 41, 47, and 49) at the status conference scheduled on **Thursday, May 5, 2022, at 9:00 a.m.**

**IT IS SO ORDERED.**

DATED:  April 27, 2022.

_____
UNITED STATES MAGISTRATE JUDGE

1