Jon T. Pearson (10182)
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134
(702)669-4600
(702) 669-4650 fax
jtpearson@hollandhart.com

*Counsel for Plaintiff/Counterdefendant*
*NLRK LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NLRK LLC,<br><br>   Plaintiff,<br><br>v.<br><br>INDOOR AG-CON LLC; NANCY HALLBERG; KRIS SIERADZKI; and BRIAN SULLIVAN,<br><br>   Defendants.<br><br>And All Related Claims. | Case No. 3:21-cv-00073-CSD<br><br>**Stipulation and Order Staying Post-Trial Proceedings in Furtherance of Settlement** |

Plaintiff NLRK LLC and Defendants Indoor Ag-Con LLC, Nancy Hallberg, Kris Sieradzki, and Brian Sullivan (collectively, as the "Parties") stipulate and agree as follows:[1]

1.   The Parties have agreed upon material terms of settlement to globally resolve this action and are in the process of finalizing the terms of their settlement agreement.

2.   Upon execution of their settlement agreement, the Parties anticipate filing a stipulation and order, requesting that satisfaction of record of the Judgment (ECF No. 93) be entered, that the post-Judgment briefs filed by NLRK (ECF Nos. 95, 95, 96) be deemed resolved, and that this lawsuit closed.

3.   Accordingly, the Parties hereby agree to and request a brief stay of the post-trial proceedings in this action while the Parties finalize/execute their settlement agreement and their

---

[1] "Indoor Ag-Con Parties" refers collectively to Indoor Ag-Con, Hallberg, Sieradzki, and Sullivan.

performances thereunder, with an anticipated submission of a stipulation and order closing out this action to follow.

    4.    This Stipulation is made in good faith between the Parties and is not made to delay or for any improper purpose.

Dated: June 30, 2023.

/s/ Jon T. Pearson
Jon T. Pearson
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, Nevada 89134

*Counsel for Plaintiff*

/s/ Gayle Nathan
Gayle Nathan
3591 E. Bonanza Road
Las Vegas, Nevada 89110

*Counsel for Defendants*

## ORDER

Accordingly, for good cause appearing,

**IT IS HEREBY ORDERED** that the Parties' Stipulation is **GRANTED**.

**IT IS FURTHER ORDERED** that this action and the post-trial proceedings therein are hereby **STAYED**.

**IT IS FURTHER ORDERED** that **within 60 days** of entry of this Order, the Parties shall file their above-described stipulation and order or, in the event additional time is needed, a joint status report apprising the Court of the same.

**IT IS SO ORDERED:**

_C S__
UNITED STATES MAGISTRATE JUDGE

DATED: July 5, 2023