Jon T. Pearson (10182)
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134
(702)669-4600
(702) 669-4650 fax
jtpearson@hollandhart.com

*Counsel for Plaintiff/Counterdefendant
NLRK LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NLRK LLC, | Case No. 3:21-cv-00073-CSD |
| Plaintiff, | **Stipulation and Order for Satisfaction of Judgment** |
| v. | |
| INDOOR AG-CON LLC; NANCY HALLBERG; KRIS SIERADZKI; and BRIAN SULLIVAN, | |
| Defendants. | |
| And All Related Claims. | |

Plaintiff NLRK LLC and Defendants Indoor Ag-Con LLC, Nancy Hallberg, Kris Sieradzki, and Brian Sullivan stipulate and agree as follows:[1]

1. On April 11 and 12, 2023, the Court conducted a two-day bench trial. (ECF Nos. 88, 89).

2. On May 30, 2023, the Court entered its Order entering Judgment in favor of NLRK, as follows:

> (1) Judgment is entered in favor of NLRK and against Indoor, Hallberg, Sullivan, and Sieradzki on their counterclaims for breach of contract for the Membership Interest Purchase Agreement and the Consulting Agreement, fraudulent misrepresentation/omission, theft of trade secrets under NRS 600A.010, unlawful acts regarding computers under NRS 205.4765, and trespass to chattels.

---

[1] "Indoor Ag-Con Parties" refers collectively to Indoor Ag-Con, Hallberg, Sieradzki, and Sullivan.

1

(2) Judgment is entered in favor of NLRK and against Hallberg, Sullivan, and Sieradzki on NLRK's claim for breach of the Membership Interest Purchase Agreement, and NLRK is entitled to recover $1 in nominal damages on this claim.

(3) Judgment is entered in favor of NLRK and against Indoor for NLRK's claim for breach of the Security Agreement and Secured Promissory note, and NLRK is entitled to recover damages in the amount of $200,000, plus simple interest at a rate of six percent through June 1, 2021, on this claim.

(4) Judgment is entered in favor of NLRK and against Indoor on NLRK's claim for breach of the Consulting Agreement, and NLRK is entitled to recover damages in the amount of $10,000, plus interest at a rate of 1.5% per day as provided in the Consulting Agreement.

(ECF No. 92. at 26–27).  Judgment in favor of NLRK and against the Indoor Ag-Con Parties was entered on the same date.  (ECF No. 93).

3. NLRK filed a brief addressing pre- and post-judgment interest, a Bill of Costs, and moved for an award of attorney's fees and nontaxable costs. (*See* ECF Nos. 94, 95, 96) If successful, the total judgment (exclusive of any pre-judgment interest on any attorney's fees and post-judgment interest) would be approximately $488,486.

4. On July 3, 2023, the parties entered into a Settlement Agreement, and the parties agreed to resolve this suit for $450,000 ("Settlement Payment"). On July 7, 2023, NLRK received the Settlement Payment, and has agreed that the Settlement Payment shall be in satisfaction of the Judgment entered by the Clerk, along with the post-Judgment briefs filed by NLRK. NLRK thus authorizes and requests that the Clerk of the Court enter satisfaction of record of said Judgment, that the post-Judgment briefs filed by NLRK (ECF Nos. 95, 95, 96) be deemed resolved, and this lawsuit closed.

Dated: July 11, 2023

/s/ *Jon T. Pearson*
Jon T. Pearson
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, Nevada 89134

*Counsel for Plaintiff*

/s/ *Gayle Nathan*
Gayle Nathan
3591 E. Bonanza Road
Las Vegas, Nevada 89110

*Counsel for Defendants*

**ORDER**

IT IS SO ORDERED.

DATED: July 12, 2023.



UNITED STATES MAGISTRATE JUDGE

2